# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JACK G. FOX, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| WATCO COMPANIES, INC. d/b/a | ) |
| SOUTH KANSAS AND OKLAHOMA | ) |
| RAILROAD, | )   Case No. 09-CV2078-JPO |
| | ) |
|     Defendant/ | ) |
|     Third-Party Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| SHANE CAMPBELL, and | ) |
| JERRY STANLEY | ) |
| | ) |
|     Third-Party Defendants. | ) |

## CONSENT JUDGMENT

COMES NOW Jack G. Fox and Defendant Watco Companies Inc., d/b/a South Kansas and Oklahoma Railroad, and hereby consents to judgment against it and in favor of Jack G. Fox, for the total amount of damages of $962,037. Plaintiff agrees to stay execution on the judgment.

Dated: April 25, 2011

                                                            s/ James P. O'Hara
                                                           Magistrate Judge James P. O'Hara

SUBMITTED AND APPROVED BY:

   /s/ Kenneth E. Barnes
Kenneth E. Barnes, #19381
*Attorneys for Plaintiff Jack G. Fox*

   /s/ Daniel F. Church
Daniel F. Church, #12100
*Attorneys for Defendant Watco Companies*
*d/b/a South Kansas and Oklahoma Railroad*